ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
554 Bloomfield LLC ) ASBCA No. 58819
)
Under Contract No. DACA51-5-10-213 )

APPEARANCE FOR THE APPELLANT:    Ms. Wendy Bond
    Managing Member

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Lorraine C. Lee, Esq.
    District Counsel
    U.S. Army Engineer District, New York

ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with the disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, the above-referenced appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within six months of the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 6 April 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58819, Appeal of 554 Bloomfield LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| 554 Bloomfield LLC | )  ASBCA No. 58819 |
| | ) |
| Under Contract No. DACA51-5-10-213 | ) |

APPEARANCE FOR THE APPELLANT:      Ms. Wendy Bond
                                   Managing Member

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                   Engineer Chief Trial Attorney
                                   Lorraine C. Lee, Esq.
                                   District Counsel
                                   U.S. Army Engineer District, New York

ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with the disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, the above-referenced appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within six months of the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 6 April 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58819, Appeal of 554 Bloomfield LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals